# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANTONIO L. GREEN,

      Petitioner,

  v.                                    Case No. 06-C-888

WILLIAM POLLARD, Warden,
Green Bay Correctional Institution,

      Respondent.

## ORDER

On October 18, 2007, petitioner filed a motion for a second extension of time to file a reply brief in support of his petition for a writ of habeas corpus, citing problems with the prison mail system that were beyond his control as good cause for the extension. He requests an additional two weeks to file his reply.

**THEREFORE, IT IS ORDERED** that petitioner is granted an extension of time, until November 8, 2007, to file a reply brief.

Dated at Milwaukee, Wisconsin, this 25 day of October, 2007.

                                                                     /s_____
                                                                       LYNN ADELMAN
                                                                       District Judge